CLERK'S OFFICE U.S. DIST. COURT
AT DANVILLE, VA
FILED

MAR 11 2008

JOHN F. CORCORAN, CLERK
BY: HMcDonald
DEPUTY CLERK

# UNITED STATES DISTRICT COURT

## for the

Western District of Virginia

| | |
|---|---|
| United States of America | ) |
| v. | ) |
| Stanley Early Wade | ) Case No: 7:03CR00140-001 |
| | ) USM No: 10477-084 |
| Date of Previous Judgment: 2/19/08 | ) |
| (Use Date of Last Amended Judgment if Applicable) | ) Defendant's Attorney |

### Order Regarding Motion for Sentence Reduction Pursuant to 18 U.S.C. § 3582(c)(2)

Upon motion of ☒ the defendant ☐ the Director of the Bureau of Prisons ☐ the court under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), and having considered such motion,

**IT IS ORDERED** that the motion is:

☒ DENIED.  ☐ GRANTED and the defendant's previously imposed sentence of imprisonment (as reflected in the last judgment issued) of _____ months **is reduced to** _____.

## I. COURT DETERMINATION OF GUIDELINE RANGE (Prior to Any Departures)

Previous Offense Level: _____     Amended Offense Level: _____
Criminal History Category: _____     Criminal History Category: _____
Previous Guideline Range: _____ to _____ months     Amended Guideline Range: _____ to _____ months

## II. SENTENCE RELATIVE TO AMENDED GUIDELINE RANGE

☐ The reduced sentence is within the amended guideline range.
☐ The previous term of imprisonment imposed was less than the guideline range applicable to the defendant at the time of sentencing as a result of a departure or Rule 35 reduction, and the reduced sentence is comparably less than the amended guideline range.
☐ Other (explain):

## III. ADDITIONAL COMMENTS

Defendant was sentenced as a career offender and thus is ineligible for a reduction in sentence.

Except as provided above, all provisions of the judgment dated 2/19/08 shall remain in effect.
**IT IS SO ORDERED.**

Order Date: 3\11\08

_Jackson L. Kiser_
Judge's signature

Effective Date: 3/3/08
(if different from order date)

Jackson Kiser, Senior United States District Judge
Printed name and title